UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

   v.                                  Case No. 17-cv-00237-JL

Stuart Chase et al

## O R D E R

After due consideration of the objections/responses filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 17, 2017.

_____
Joseph N. Laplante
Chief Judge

Date: January 10, 2018

Cc: Josephine Amatucci, pro se