```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                                Civil No. 17-cv-237-JL

Stuart Chase et al.

## **O R D E R**

No objections having been filed, I herewith approve the Report and Recommendation (Doc. No. 77) of Magistrate Judge Andrea K. Johnstone dated February 6, 2018.

    SO ORDERED.

                                                   /s/ Joe Laplante
                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

April 11, 2018

cc:   Josephine Amatucci, pro se
      Daniel J. Mullen, Esq.
      Mark H. Puffer, Esq.